

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WEINSTEIN COMPANY, LLC,

    Plaintiff,

v.

SMOKEWOOD ENTERTAINMENT GROUP, LLC,

    Defendant.

09-CV-1972 (NRB)

### NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Second District from an order granting Defendant's motion to dismiss, granted on September 25, 2009.

Dated: October 23, 2009

Respectfully submitted,

David Boies
Motty Shulman
Peter Gwynne
Andy Y. Soh
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York 10504
Telephone: 914-749-8200
Facsimile: 914-749-8300
dboies@bsfllp.com
mshulman@bsfllp.com
pgwynne@bsfllp.com
asoh@bsfllp.com

*Attorneys for Plaintiff The Weinstein Company, LLC*